UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON AGUILAR,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC ORTHOPEDIC MEDICAL GROUP, et al.,<br><br>          Defendants. | Case No.: 1:12-cv-01869 LJO JLT<br><br>SECOND ORDER TO DEFENDANT CHANDRASEKARAN RE: CONSENT |

On November 16, 2012, the Court issued its order re: "Notice of Availability of a Magistrate Judge." (Doc. 35-1) Since this time, Plaintiff and all Defendants except Dr. Chanrasekaran have filed their consent to the jurisdiction of the Magistrate Judge. (Docs. 37, 40)

Therefore, **within 14 days** of the date of service of this order, the Court **ORDERS** Dr. Chanrasekaran to file his form (previously provided to counsel. (Doc. 35-1)) indicating he consents or declines to consent to the jurisdiction of the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **February 4, 2013**             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1