**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON AGUILAR,<br><br>        Plaintiff,<br><br>   v.<br><br>PACIFIC ORTHOPEDIC MEDICAL GROUP, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-01869 - JLT<br><br>ORDER TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION AND VACATING THE HEARING DATE OF SEPTEMBER 24, 2013 |

Defendants filed a motion for summary judgment on June 7, 2013. (Doc. 52). Although the Court issued an advisory order pursuant to *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988) and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) to inform Plaintiff of the requirements for opposing the motion for summary judgment, Plaintiff has failed to file any opposition. Because the Court finds the matter suitable for decision without oral arguments pursuant to Local Rule 230(g), the matter is hereby taken under submission and the hearing date of September 24, 2013 is **VACATED**.

IT IS SO ORDERED.

Dated:  **September 16, 2013**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

1