**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON AGUILAR, ) | Case No.: 1:12-cv-01869 - JLT |
| Plaintiff, ) | ORDER TO PLAINTIFF TO SHOW CAUSE |
| ) | WHY THE MATTER SHOULD NOT BE |
| v. ) | DISMISSED FOR LACK OF PROSECUTION |
| PACIFIC ORTHOPEDIC MEDICAL ) | |
| GROUP, et al., ) | |
| Defendants. ) | |

Despite motions having been filed, Plaintiff has failed to respond or, in any way, have communication with the Court. In addition, the Court is advised that he has had no contact either with opposing counsel and it appears that Plaintiff may have abandoned his litigation. Therefore, the Court **ORDERS**:

1. Within 14 days of service of this order, Plaintiff **SHALL** show cause in writing why this matter should not be dismissed based upon his failure to prosecute it. In the event Plaintiff has not abandoned this litigation, he need only provide a letter to the Court indicating that he still intends to pursue this litigation.

IT IS SO ORDERED.

Dated:   **November 4, 2013**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE